# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:12cv28

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| 128 OVERBROOK RUN, MILLFORD, ) | |
| PENNSYLVANIA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pending before the Court are Claimants' Motions to Stay [# 8 & # 9]. Claimants move to stay these proceedings pending the criminal investigation of claimants. The Government consents to the stay and request a three month stay. Upon a review of Claimants' motions and the record in this case, the Court **GRANTS** the motions [# 8 & # 9] and **STAYS** this case for ninety (90) days from the date of the entry of this Order. Prior to the expiration of the stay, the parties should submit a joint status report to the Court indicating whether a continued stay is needed or whether the case can proceed.

Signed: April 20, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge