IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12cv28

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 128 OVERBROOK RUN, MILLFORD, ) <br> PENNSYLVANIA, ) <br> ) <br> Defendant. ) <br> _____ ) | **ORDER** |

Pending before the Court is the Government's Motion to Stay [# 12]. The parties jointly move to stay these proceedings pending the criminal investigation of claimants. The Court **GRANTS** the motion [# 12] and **STAYS** this case pending the completion of the criminal cases against Claimants. Within twenty days of the completion of the criminal cases the parties should jointly file a status report indicating whether the Court should lift the stay.

Signed: July 26, 2012

Dennis L. Howell
United States Magistrate Judge