# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:12cv28

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| 128 OVERBROOK RUN, MILLFORD, ) | |
| PENNSYLVANIA, ) | |
| ) | |
| Defendant. ) | |

Pending before the Court is the Government's Motion to Stay [# 12]. The parties jointly move to stay these proceedings pending the criminal investigation of claimants. The Court **GRANTS** the motion [# 12] and **STAYS** this case pending the completion of the criminal cases against Claimants. Within twenty days of the completion of the criminal cases the parties should jointly file a status report indicating whether the Court should lift the stay.

Signed: July 26, 2012

Dennis L. Howell
United States Magistrate Judge