THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00028-MR-DLH

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **O R D E R** |
| 128 OVERBROOK RUN, MILFORD, PENNSYLVANIA, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Verified Complaint for Forfeiture *In Rem* [Doc. 14].

For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 14] is **GRANTED**, and this civil action is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge